Barbara A. Stuart **ROBINSON,** Plaintiff–Appellant,

v.

**GREEN RIVER COMMUNITY COLLEGE,** Defendant–Appellee.

No. 10–36005.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2012.

Filed Dec. 20, 2012.

Barbara A. Stuart Robinson, Long Beach, CA, pro se.

Catherine Hendricks, Senior Counsel, AGWA—Office of the Washington Attorney General, Seattle, WA, for Defendant–Appellee.

Before: W. FLETCHER and FISHER, Circuit Judges, and DEARIE, District Judge.*

## ORDER

The parties' stipulated motion to voluntarily dismiss this case, filed November 30, 2012, is **GRANTED.** The parties shall bear their own costs and fees on appeal. A copy of this order shall constitute the mandate of this Court.